UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

APPEAL COVER SHEET

1. USDC/NH Case No. 23-cv-432-LM

2. TITLE OF CASE: Michael Ives v. Bath & Body Works, Inc.

3. TYPE OF CASE: Civil

4. NAME OF APPELLANT(S) & COUNSEL FOR APPELLANT(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

5. NAME OF APPELLEE(S) & COUNSEL FOR APPELLEE(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

6. NAME OF JUDGE: Judge Landya B. McCafferty

7. DATE OF JUDGMENT OR ORDER ON APPEAL: **May 7, 2024**

8. DATE OF NOTICE OF APPEAL: **May 9, 2024**

9. FEE PAID : YES

10. COURT APPOINTED COUNSEL: Not Applicable

11. COURT REPORTER(S): and DATES: None.

12. TRANSCRIPTS ORDERED/ON FILE: NO

13. HEARING/TRIAL EXHIBITS: NO

14. MOTIONS PENDING: NO

15. GUIDELINES CASE: NO

16. RELATED CASES or CROSS APPEAL:

17. SPECIAL COMMENTS: